473 A.2d 661

Commonwealth v. Worlds, Appellant.
Petition for Allowance of Appeal
Denied June 7, 1984.

 Submitted November 8, 1983. John H. Corbett, Jr., Public Defender, for appellant; Dara A. DeCourcey, Assistant Public Defender, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.